## Case No. 5,514.

### GOLDING v. GOOD.

[Cited in Fenwick v. Grimes, Case No. 4,-733. Nowhere reported; opinion not now accessible.]